## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

PETER M. BERNEGGER,

        Plaintiff,

  v.                                                                Case No. 07-C-1028

GRAY & ASSOCIATES LLP, et al.,

        Defendants.

## ORDER

        The defendants have filed a motion to quash two subpoenas issued for depositions in the above matter. The depositions were noticed by pro se plaintiff Peter M. Bernegger and are directed toward Terry Gray, a non-party to the proceeding, and "the most knowledgeable employee dealing with payments/accts. payable and accts. receivable for Gray & Assoc. LLP." Defendants claim that neither subpoena seeks information that would be relevant or likely to lead to relevant information regarding the remaining claims in plaintiff's case.

        The court is unable to determine from the record before it whether the subpoenas should be quashed for the reasons set forth by the defendants. Accordingly, the subpoenas are hereby stayed and the clerk is directed to set this matter for oral argument. The stay will continue until such time as the court resolves the motion to quash.

        SO ORDERED this 16th day of December, 2008.

                                                              s/ William C. Griesbach  
                                                              WILLIAM C. GRIESBACH  
                                                              United States District Judge